



## MEMORANDUM OPINION

Nos. 04-11-00432-CR and 04-11-00433-CR

Luis **CASTRO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2009-CR-9128 and 2009-CR-12009
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  August 31, 2011

DISMISSED

On July 12, 2011, this court issued an order stating these appeals would be dismissed

pursuant to Rule 25.2(d) unless an amended trial court certification that shows appellant has the

right of appeal was made part of the appellate records on or before August 11, 2011. *See* TEX. R.

APP. P. 25.2(d), 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 175-76 (Tex. App.—San

Antonio 2003, order).  Appellant did not respond.  The records do not contain a certification that

shows the defendant has the right of appeal; to the contrary, the trial court certifications in the

records state "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's records contain a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the clerk's records support the trial court's certification that defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). Accordingly, we dismiss the appeals. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH